1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  JENNIFER E. DAVIS
   Certified Law Clerk
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2805

6

7            IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    ) Cr. No.: S-08-316-EFB
                                )
10                              )
         Plaintiff,             ) GOVERNMENT'S MOTION TO DISMISS
11                              ) INFORMATION AND ORDER
      v.                        )
12                              )
   ALCURTIS GILL,               ) DATE:  September 30, 2008
13                              ) TIME:  9:30 a.m.
         Defendant.             ) JUDGE: Hon. Edmund F. Brennan
14 _____)

15      Pursuant to Rule 48(a) of the Federal Rules of Criminal

16 Procedure, plaintiff United States of America, by and through its

17 undersigned attorney, hereby moves this Honorable Court for an

18 Order dismissing Criminal Case Number 08-316-EFB.

19 Dated: September 23, 2008           McGREGOR SCOTT
                                       United States Attorney
20

21                                     By: /s/ S. Robert Tice-Raskin
                                           S. ROBERT TICE-RASKIN
22                                         Assistant U.S. Attorney

23
                            O R D E R
24
   IT IS SO ORDERED:
25
   DATED: September 23, 2008
26
                                       _____
27                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE
28